DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

ANNE PRESTON, Trustee of the Summit Trust,

Appellant,

v.

ORANGE HARBOR CO-OP, INC., A FLORIDA CORPORATION; ALEX
SEGGARO; ALLIANT PROPERTY MANAGEMENT, A LIMITED
LIABILITY CORPORATION; TIMOTHY DAY; AND MARIA LOWE,

Appellee.

No. 2D20-2995

———————————————

September 17, 2021

Appeal from the Circuit Court for Lee County; Alane Laboda, Judge.

Anne Preston, pro se.

Lissette Gonzalez and Brett D. Fisher of Cole, Scott, & Kissane,
Miami, and Robert C. Shearman of Henderson, Franklin, Starnes, &
Holt, Fort Myers for Appellees.

PER CURIAM.

　　Affirmed.

MORRIS, C.J., KELLY, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.